# INVENTORY OF ITEMS SEIZED FROM STORAGE UNITS 85 AND 123 AT STORAGE USA, 7301 WINCHESTER, MEMPHIS, TN. ON 9/18/02.

### FROM UNIT 85

1. Henredon dining room table
2. Henredon dining room armchair (1 unit)
3. Henredon dining room side chairs (6 units)
4. Henredon dining room buffet
5. Phillips 19" TV monitor Mod. #19PR11C122  Ser. #60462507
6. Phillips 19" TV monitor Mod. #19PR11C122  Ser. #6069099
7. Phillips 19" TV monitor Mod. #19PR11C122  Ser. #60690853
8. Phillips 19" TV monitor Mod. #19PR11C122  Ser. #60429269
9. A.P. Tapestry 53" X 88"  (1 unit)
10. Henredon Domed Curio
11. Camel Statue
12. Bronze Urn  # 9730A or 2339
13. Dann Dogs (black and white with gold collars)
14. Crystal balls, with bubbles inside, a large and a small
15. Antique books (ten)
16. Green glass grapes with gold tops (two)
17. Jeweled frames (two)
18. Candlestick holders, one small and one large,  Toyo 22-5984, inv 1137
19. Heavy silver finial pineapple  (2)
20. Green crystal bowl
21. Crystal pitcher
22. Crystal ice bucket
23. Jean Rd box #430
24. Bronze colored tin urn with animals embossed
25. 9 by 12 oriental rug, light pattern with  gold
26. Heredon H009H chaise

*ORIGINAL LIST w/ FBI - FORFEITURE*

GN-01-0067

27. Headboard for bedroom suite
28. Mirror for bedroom suite
29. Large Painting   S9911294 Sandon VedaVeda
30. Wooden desk chair with gold filigree, beige or gold cloth bottom, nubby
31. Cloth ottoman (white, large round)
32. Cambridge planter
33. Wooden Herendon two tiered side table   Amalfi (?)
34. 10' X 14' mauve and beige oriental rug
35. Master bed post and bed footboard and rails
36. Top part of armoire or entertainment
37. Sterns and Foster king size mattress and box springs
38. Marble top for bedroom furniture
39. 4' X 6' green oriental rug
40. Large chrystal chandelier
41. Two black and gold striped lampshades
42. Beige lamp shade
43. Light six sided lamp shade with pleating on top
44. Waffle pattern lampshade with green ball on top
45. Lamp shade with hand holding branches
46. Beaded circular lamp shade
47. Gathered light beige lamp shade
48. Off white lamp shade with blossom on top
49. Hand painted wooden lamp from Bradburn gallery
50. Elephant with palm tree lamp
51. Green marble with brass urn type lamp
52. Crystal and silver lamp
53. Pair of black lacquer and tassel lamps
54. White with blue tint or whitewash lamp with urn handles
55. Antique lamp with cracked paint look
56. Antique brass candle shape lamp
57. Sphere iron finials (two) previously damaged
58. Artificial potted orchid
59. Stone pineapple with rope

60. Spiral gold rod for holding tapestries  5 feet tall
61. Small chandelier
62. Ceramic brass dish 28-350
63. Colored stemware (6)  429315-6
64. White crystal bell shaped glasses (4)
65. Beveled glass wine glasses (5)
66. Gold box JR1RA3411
67. C R Dan ceramic box  12024
68. Cast urns 31969 (2)
69. Urn with lid 7893
70. Bronze urn
71. Green and black urn with lid
72. Candle holder
73. Dog bookends 60464
74. Clock
75. Gold color plant stand
76. Brass candleholder with big bowl looking like birdbath
77. Hanging crystal chandelier
78. Nightstand
79. Large porcelain bowl with stand
80. Iron decorative piece with two doves
81. Dresser

### FROM UNIT 123

1. 9' X 12' Oriental Rug (Black and Gold)
2. Henredon arm chair (Dining Room) (1 unit)
3. Thomasville gold dust leather chair
4. Thomasville gold dust leather ottoman
5. Henredon nightstand (marble top previously cracked in half)
6. Henredon Dresser (bedroom suite)

7. Headboard and footboard (queen size bedroom)

8. Drexel cushioned chairs with animal print (4 units)

9. Henredon two drawer marble top dresser

10. Henredon armoire (smaller one)

11. Bronze statue of man holding flowers.

12. Bottom of Henredon armoire (larger one)

13. Henredon dining room table leafs with pads

14. Henredon gold trimmed sofa

15. Henredon nightstand

16. Henredon wooden two drawer chest with carvings

17. Coffee table with marble top

18. Small brass end table with glass top

19. Large white urn with artificial palm plant

20. Glass pedestal table (iron)

21. Queen size mattress and box springs

22. 9' X 12' oriental rug (green with pre-existing stains)

23. Ceramic brass dish #2569

24. Small gold colored wooden box (broken hinge and handle)

25. Renaissance planter

26. Henredon cushioned chair (gold pattern)

27. Pair of framed peace lily prints

28. Small 3" x 4" gold frame

29. Silver painted wood pineapple ornament

30. Pair of lion bookends

31. Gold throw pillow with 4 gold buttons

SA Robert Rush 9/18/02
FBI, Memphis Tn.

Geraldine J. Galloway
9/19/02

Witness SA [illegible] 9/19/2002