LD-DA  JA-PASS

**U.S. Department of Justice**
**Drug Enforcement Administration**

## REPORT OF INVESTIGATION

Page 1 of 5

| 1. Program Code | 2. Cross Related Files File | 3. File No. ▓▓▓▓▓ | 4. G-DEP Identifier ▓▓▓ |
|---|---|---|---|
| 5. By: SA Brad Wyatt  At: Memphis, TN | ☐ ☐ ☐ ☐ | 6. File Title ▓▓▓▓▓▓▓ | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | | 8. Date Prepared  08/13/02 | |
| 9. Other Officers: See paragraph #1 | | | |
| 10. Report Re: Execution of Search Warrant and acquisition of Exhibits N-125, N-128A, N-128B, N-128C, N-129, N-130 thru N-137, and N-142 thru N-144 from 4022 Claree, Memphis, TN | | | |

### SYNOPSIS

On Wednesday, August 7, 2002, at approximately 7:15 a.m., members of the Memphis Resident Office, Internal Revenue Service Criminal Investigation Division, and the Memphis Police Department executed a federal search warrant at 4022 Claree in Memphis, TN and seized exhibits N-125, N-130 through N-137, and N-142 through N-144.

### DETAILS

1. On Wednesday, August 7, 2002, at approximately 7:15 a.m., IRS special agents Brad Wyatt, John Rankin, Blanche Wilson and Andre Brooks, MPD officers Jennifer Robinson and Dion Cicinelli, and TFO Marty Tartera executed a federal search warrant at 4022 Claree, Memphis, TN, the residence of Johnny and Sheila Tucker. Sheila Tucker is the sister of Craig PETTIES.

2. SA Wyatt knocked on the front door and yelled "Police with a search warrant" numerous times. An individual looked out of a window and then seconds later Johnny and Sheila Tucker came and opened the side door of the residence. There were five minor children staying in the house. All of the residents were brought to the living room area, where SA Wilson remained with them during the entire duration of the warrant execution. The Tuckers acknowledged that they owned two handguns. These weapons sere located and taken from the residence but returned to the Tuckers on August 14,2002. One of the handguns was a .25 caliber beretta, serial number DAA258656, with clip and 7 live rounds.

| 11. Distribution:  Division  District  Other | 12. Signature (Agent)  SA Bradley C. Wyatt | 13. Date |
|---|---|---|
| | 14. Approved (Name and Title)  David Lytal  Group Supervisor | 15. Date |

DEA Form - 6
(Jul. 1996)
Tucker search warrant

**DEA SENSITIVE**
**Drug Enforcement Administration**
This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION
*(Continuation)*

| 1. File No. | 2. G-DEP Identifier |
|---|---|
| ███ | ███ |
| 3. File Title ███ | |

4. Page 2 of 5

5. Program Code

6. Date Prepared: 08/13/02

---

   The other handgun was a <u>38 caliber</u> Charter Arms, <u>serial number 20548</u> with holster and 5 live rounds.

3. When asked if there were drugs or US currency at their residence, the Tuckers advised that there was a plastic bag in their clothes hamper containing money they had been saving over time. They estimated that this amount of money was just over $3,000.00. This money turned out to be $4,397.00 and was seized because it was wrapped in a manner consistent with drug trafficking. Johnny Tucker stated that he had $3,000.00 stored in a Crown Royal bag out in the storage shed. He described this as his personal gambling money. This money was not seized. Just before our departure, Johnny Tucker counted the money and acknowledged that it was all there.

4. A search of the residence yielded the following items:

   a. <u>$1,097.00</u> identified as N-128A was found by SA Wyatt in the clothes hamper located in the bathroom off of the master bedroom.

   b. <u>$3,300.00</u> identified as N-128B was found by SA Wyatt in the clothes hamper located in the bathroom off of the master bedroom.

   c. <u>$50,005.00</u> identified as N-128C was found by MPD officer Cicinelli in the closet off of the master bedroom. Sheila Tucker stated that she had forgotten that <u>Craig PETTIES had given her this package</u> a year or two ago. She added that he told her to use the money in an emergency as her own. She claimed to not know how much money was in the package.

   d. A 2002 Cadillac Escalade identified as N-129 was found in the garage by SA Wyatt. The vehicle was towed to United Auto Recovery, Inc.

   e. Miscellaneous photographs of Craig PETTIES and others identified as N-130 was found by SA Rankin in the office portion of the residence.

---

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | |
|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No. ■■■■    2. G-DEP Identifier ■■■<br>3. File Title ■■■■■■■■ |
| 4. Page 3 of 5 | |
| 5. Program Code | 6. Date Prepared 08/13/02 |

    f.  Mississippi license plate and miscellaneous papers recovered from 2002 Cadillac Escalade identified as N-131 found by SA Wyatt during search of the vehicle.

    g.  Telephone address book and money receipt book identified as N-132 was found by SA Rankin in the office portion of the residence.

    h.  Capitol One bank cards in the name of Craig PETTIES identified as N-133 was found by MPD Officer Robinson in the master bedroom in the top drawer of the dresser.

    i.  Telephone address book and miscellaneous paper documents identified as N-134 was found by MPD Officer Robinson in the master bedroom in the file cabinet.

    j.  Black zip binder book with miscellaneous paper documents identified as N-135 was found by TFO Tartera in the master bedroom in the file cabinet.

    k.  Brown photo album with photographs of Craig PETTIES and others identified as N-136 was found by SA Rankin in the office portion of the residence.

    l.  Cardboard box with miscellaneous papers and documents identified as N-137 was found by SA Rankin in the office portion of the residence.

    m.  Rubber bands and plastic bag, the original container of N-128A, identified as N-142 was found by SA Wyatt in the clothes hamper in the bathroom off of the master bedroom.

    n.  Rubber bands and plastic bag, the original container of N-128B, identified as N-143 was found by SA Wyatt in the clothes hamper in the bathroom off of the master bedroom.

    o.  Rubber bands, aluminum foil and shrink wrap, the original container of N-128C, identified as N-144 was found by MPD Officer Cicinelli in the closet off of the master bedroom.

DEA Form - 6a (Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. ▬▬▬▬ | 2. G-DEP Identifier ▬▬▬ |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 3. File Title ▬▬▬▬▬▬▬▬ | |
| 4. Page 4 of 5 | | |
| 5. Program Code | 6. Date Prepared 08/13/02 | |

    p. Search photographs taken by TFO Tartera during the search identified as N-125.

**CUSTODY OF EVIDENCE**

1. Exhibits N-128A, N-128B, N-142 and N-143 were found in the clothes hamper in the bathroom off of the master bedroom by SA Wyatt. SA Wyatt turned these exhibits over to TFO Tartera who transported them to the Memphis Resident Office. The currency contained in N-128A and N-128B was turned over to the United States Marshal Service pending forfeiture proceedings. TFO Tartera maintained custody of N-142 and N-143 until they were processed as evidence and turned over to the NDEC.

2. Exhibits N-128C and N-144 were found in the closet off of the master bedroom by MPD Officer Cicinelli. MPD Officer Cicinelli turned these exhibits over to TFO Tartera who transported them to the Memphis Resident Office. The currency contained in N-128C was turned over to the United States Marshal Service pending forfeiture proceedings. TFO Tartera maintained custody of N-144 until it was processed as evidence and turned over to the NDEC.

3. Exhibit N-129 was found in the garage by SA Wyatt. The vehicle was towed to United Auto Recovery, Inc. and custody has been given to the United States Marshal Service pending forfeiture proceedings.

4. Exhibits N-130, N-132, N-136 and N-137 were found in the office portion of the residence by SA Rankin. SA Rankin turned these exhibits over to TFO Tartera who transported them to the Memphis Resident Office. TFO Tartera maintained custody of these exhibits until they were processed as evidence and turned over to the NDEC.

5. Exhibit N-131 represents the license plate and miscellaneous papers recovered from the 2002 Cadillac Escalade by SA Wyatt. SA Wyatt turned this exhibit over to TFO Tartera who transported it to the Memphis Resident Office. TFO Tartera maintained custody of the this exhibit until it was processed as evidence and turned over to the NDEC.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>(Continuation) | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
|  | 3. File Title | |
| 4. Page 5 of 5 | | |
| 5. Program Code | 6. Date Prepared 08/13/02 | |

6. Exhibits N-133 and N-134 were found in the master bedroom by MPD Officer Robinson.  MPD Officer Robinson turned these exhibits over to TFO Tartera who transported them to the Memphis Resident Office.  TFO Tartera maintained custody of these exhibits until they were processed as evidence and turned over to the NDEC.

7. Exhibit N-135 was found in the master bedroom by TFO Tartera.  TFO Tartera transported the exhibit to the Memphis Resident Office and maintained custody of it until it was processed as evidence and turned over to the NDEC.

8. Exhibit N-125 is photographs of the search taken by TFO Tartera.  TFO Tartera transported this exhibit to the Memphis Resident Office and maintained custody of it until it was processed as evidence and turned over to the NDEC.



DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.